No. 142. GOSSMAN *v.* CALIFORNIA ET AL., *ante,* p. 801;

No. 269. ROSPIGLIOSI *v.* CLOGHER, *ante,* p. 853;

No. 361. SIMMS ET AL. *v.* COUNTY OF LOS ANGELES ET AL., *ante,* p. 891;

No. 362. SECURITY-FIRST NATIONAL BANK OF LOS ANGELES *v.* COUNTY OF LOS ANGELES ET AL., *ante,* p. 891;

No. 386. ADMIRAL CORPORATION *v.* HAZELTINE RESEARCH, INC., *ante,* p. 896;

No. 49, Misc. SPADAFORA *v.* UNITED STATES, *ante,* p. 897;

No. 217, Misc. JERONIS *v.* SUPREME COURT OF MICHIGAN, *ante,* p. 889; and

No. 231, Misc. TIMMONS *v.* FAGAN, *ante,* p. 893. The petitions for rehearing in these cases are severally denied.

JANUARY 8, 1951.

No. 69. SHOTKIN *v.* COLORADO EX REL. ATTORNEY GENERAL OF COLORADO, *ante,* p. 832. The motion of petitioner for a refund of Clerk's fees is denied.

No. 318. MOORE, ADMINISTRATRIX, *v.* CHESAPEAKE & OHIO RAILWAY Co. This case is ordered restored to the docket for reargument.

No. 37. LIBBY, MCNEILL & LIBBY *v.* UNITED STATES, 340 U. S. 71. The opinion of the Court is amended by striking from the 17th line of the slip opinion the words "There was evidence to support this finding." The petition for rehearing is denied.

[The opinion is reported as amended, *ante,* p. 71, the change being at p. 72.]